JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant
*Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NIKOS D. SHARP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO. :   2:21-cv-00304-GMN-EJY<br><br><u>STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE PROGRESSIVE DIRECT INSURANCE ONLY</u> |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims against Progressive Direct Insurance, only, shall be and are hereby, dismissed without prejudice, each party to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

No trial has been set in this matter.

DATED this 29th day of September 2021.　　　　DATED this 29th day of September 2021.

KEATING LAW GROUP　　　　　　　　　　　　THE LAW OFFICE OF DAVID SAMPSON, LLC

　/s/John T. Keating　　　　　　　　　　　　　　　　　/s/David F. Sampson　　　　　
JOHN T. KEATING　　　　　　　　　　　　　　DAVID F. SAMPSON
Nevada Bar No.: 6373　　　　　　　　　　　　Nevada Bar No.: 6811
9130 W. Russell Road, Ste. 200　　　　　　　630 S. 3rd Street
Las Vegas NV 89148　　　　　　　　　　　　Las Vegas, Nevada 89101
Attorney for Defendant　　　　　　　　　　　Attorney for Plaintiff
*Progressive Direct Insurance Company*

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED that the claims against Progressive Direct Insurance, only, in the above-referenced action are hereby dismissed without prejudice, with each party to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this __5__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT